**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **ROBERT G. HUTCHINSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. 14CV2440 |
| | ) |
| **MIDLAND CREDIT MANAGEMENT INC.,** | ) |
| | ) |
| **Defendant.** | ) |

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Midland Credit Management, Inc. ("Defendant") hereby remove this civil action from the Limited Actions Division of the District Court of Wyandotte County, Kansas, entitled *Robert G. Hutchinson v. Midland Credit Management Inc.*, Case No. 14LM3562 (the "State Court Action"), to the United States District Court for the District of Kansas. In support of this removal, Defendant states as follows:

1. Plaintiff Robert G. Hutchinson ("Plaintiff") filed his Petition in the State Court Action on or about July 31, 2014, purporting to assert a claim against Defendant for violation of the federal Fair Debt Collection Practices Act ("FDCPA").

2. Plaintiff's FDCPA claim against Defendant presents a federal question within this Court's original jurisdiction under 28 U.S.C. § 1331, and the Petition is therefore removable to this Court under 28 U.S.C. § 1441.

3. Plaintiff served Defendant via certified mail, on or about August 4, 2014. Defendant had no actual or constructive knowledge of the lawsuit before service.

4. This Notice of Removal is filed within thirty (30) days after Defendant was served with a copy of Plaintiff's Petition setting forth the claims upon which this removal is

based. Defendant has not filed any responsive pleadings in the State Court Action prior to filing this Notice of Removal.

5. Removal is therefore proper under 28 U.S.C. §§ 1331, 1441, and 1446.

6. In accordance with 28 U.S.C. § 1446(d), Defendant will provide written notice hereof to Plaintiff, and will file a copy of the Notice of Removal with the Clerk of the District Court of Wyandotte County, Kansas.

7. Defendant has, contemporaneously with the filing of this Notice of Removal, submitted copies of all process, pleadings, and orders served upon Defendant in the State Court Action, attached hereto as "**Exhibit A**."

8. No admission of fact, law or liability is intended by this Notice of Removal, and all defenses, affirmative defenses and motions are hereby reserved.

WHEREFORE, Defendant Midland Credit Management, Inc., respectfully removes this action to this Court for further proceedings according to law.

## DESIGNATION OF PLACE OF TRIAL

Defendant requests Kansas City, Kansas as the place of trial.

Respectfully Submitted,


By:   /s/ Thomas M. Martin
     Thomas M. Martin    KS# 13620
     Daniel R. Luppino    KS #25354
     1010 Walnut, Suite 500
     Kansas City, Missouri 64106
     (816) 421-2500 (telephone)
     (816) 472-2500 (facsimile)
     tmmartin@lrf-kc.com
     drluppino@lrf-kc.com

ATTORNEYS FOR DEFENDANT


**CERTIFICATE OF SERVICE**

    I certify that on this 2nd day of September, 2014, I electronically filed the foregoing Notice of Removal with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed the document by first class mail, postage prepaid, to the following:

A.J. Stecklein
Michael Rapp
Consumer Legal Clinic, LLC
748 Ann Ave.
Kansas City, KS 66101
aj@kcconsumerlawyer.com
mr@kcconsumerlawyer.com
ATTORNEYS FOR PLAINTIFF


     /s/ Thomas M. Martin
     Attorney for Defendant

3