**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

ROBERT G. HUTCHINSON,
                Plaintiff,

vs.                                      Case No. 14-2440 EFM/TJJ

MIDLAND CREDIT MANAGEMENT INC.,
                Defendant.

**STIPULATION OF DISMISSAL**

Plaintiff and Defendant file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Robert G. Hutchinson; Defendant is Midland Credit Management Inc..

2. On July 31, 2014, Plaintiff filed a Petition against Defendant in the District Court of Wyandotte County, Kansas.

3. On September 2, 2014, Defendant removed the case to the United States District Court for the District of Kansas (Doc. 1).

4. Plaintiff now moves to dismiss the suit.

5. Defendant agrees to the dismissal.

6. This case is not a class action.

7. A receiver has not been appointed in this case.

8. This case is not governed by any federal statute that requires a court order for dismissal of the case.

9. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

10. This dismissal is with prejudice to refiling.

11. Each party is to bear its own fees and costs.

    Respectfully submitted,


    By: /s/ A.J. Stecklein
    A.J. Stecklein #16330
    Consumer Legal Clinic LLC
    748 Ann Avenue
    Kansas City, Kansas 66101
    Telephone: 913-371-0727
    Facsimile: 913-371-0147
    Email: AJ@KCconsumerlawyer.com
    Attorney for Plaintiff

    and

    By: /s/ Thomas M. Martin
    Thomas M. Martin #13620
    Daniel R. Luppino #25354
    Lewis, Rice, Fingersh LC
    1010 Walnut Street, Suite 500
    Kansas City, Missouri 64106
    Telephone: 816-421-2500
    Facsimile: 816-472-2500
    Email: TMMartin@lrf-kc.com
          DRLuppino@lrf-kc.com
    Attorneys for Defendant